| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br><br>John T. Marcellus, Jr. and Jessica L. Marcellus | Case No.: 17-28350<br>Chapter: 13<br>Judge: ABA |

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: Brad J. Sadek, Esq.

This will confirm that on 12/19/17 the following document(s) was filed by you.

☒ Amendment to Schedule(s) D and G ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☐ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: December 20, 2017          Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
John T. Marcellus, Jr.
Jessica L. Marcellus
    Debtors

Case No. 17-28350-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2017
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db/jdb       +John T. Marcellus, Jr.,    Jessica L. Marcellus,    56 Stonemill Way,    Swedesboro, NJ 08085-1861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
         Brad J. Sadek    on behalf of Joint Debtor Jessica L. Marcellus brad@sadeklaw.com, bradsadek@gmail.com
         Brad J. Sadek    on behalf of Debtor John T. Marcellus, Jr. brad@sadeklaw.com, bradsadek@gmail.com
         Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Miriam Rosenblatt    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7