| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| | |
| In re:<br>John T. Marcellus, Jr.<br>Jessica L. Marcellus | Case No.: 17-28350<br>Chapter: 13<br>Adv. No.:<br>Hearing Date: 02/14/2018 @9:00 AM<br>Judge: ABA |

## CERTIFICATION OF SERVICE

1. I, Brad J. Sadek, Esq :

☑ represent John and Jessica Marcellus in the this matter.

☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

☐ am the ___ in the this case and am representing myself.

2. On February 12, 2018 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
Notice of Chapter 13 Bankruptcy Case
Modified Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 12, 2018

/s/Brad J. Sadek, Esq.
Signature

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **American Honda Finance**<br>**PO Box 168088**<br>**Irving, TX 75016-0000** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Cardworks/CW Nexus**<br>**Attn: Bankruptcy**<br>**Po Box 9201**<br>**Old Bethpage, NY 11804** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF) |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com


| | | |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38<br>Ste 580<br>Cherry Hill, NJ 08002-2977 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>E-mail<br>☐☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>S Louis, MO 63129 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Citicards Cbna<br>Citicorp Credit Svc/Centralized Bankrupt<br>Po Box 790040<br>Saint Louis, MO 63179 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| | | |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| **Citicards Cbna**<br>**Citicorp Credit Svc/Centralized Bankrupt**<br>**Po Box 790040**<br>**Saint Louis, MO 63179** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Comenity Bank/nwyrk&co**<br>**220 W Schrock Rd**<br>**Westerville, OH 43081** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Comenity Bank/Victoria Secret**<br>**Attn: Bankruptcy**<br>**Po Box 182125**<br>**Columbus, OH 43218** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Comenity Bank/Victoria Secret**<br>**Attn: Bankruptcy**<br>**Po Box 182125**<br>**Columbus, OH 43218** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Credit First National Assoc**<br>**Attn: BK Credit Operations**<br>**Po Box 81315**<br>**Cleveland, OH 44181** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Credit One Bank Na**<br>**Po Box 98873**<br>**Las Vegas, NV 89193** | | ☐ Hand-delivered<br>☐ Regular mail |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Gloucester County Special Civil Part**<br>**1 N Broad St**<br>**Woodbury, NJ 08096** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Kohls/Capital One**<br>**Kohls Credit**<br>**Po Box 3043**<br>**Milwaukee, WI 53201** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Lending Club Corp**<br>**71 Stevenson St**<br>**Suite 300**<br>**San Francisco, CA 94105** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Natiowide Recovery Service**<br>**Po Box 8005**<br>**Cleveland, TN 37320** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| | | ☐ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| | | |
|---|---|---|
| **Ocwen Loan Servicing**<br>**1661 Washington Road**<br>**Suite 100**<br>**West Palm Beach, FL 33414** | | Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Prosper Marketplace Inc**<br>**101 2nd St Fl 15**<br>**San Francisco, CA 94105** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Roundpoint Mortgage**<br>**5032 Parkway Plaza Blvd**<br>**Charlotte, NC 28217** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Sunterra Financial Srv, Inc**<br>**Attn: Bankruptcy**<br>**3865 W Cheyenne Ave**<br>**Las Vegas, NV 89135** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Synchrony Bank/ JC Penneys**<br>**Attn: Bankruptcy**<br>**Po Box 956060**<br>**Orlando, FL 32896** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ (as authorized by the court *) |
| **Synchrony Bank/ Old Navy**<br>**Attn: Bankruptcy**<br>**Po Box 956060** | | ☐ Hand-delivered<br>☐ Regular mail |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| **Orlando, FL 32896** | | ☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Lowes**<br>**Attn: Bankruptcy**<br>**Po Box 965060**<br>**Orlando, FL 32896** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank/Sams**<br>**Attn: Bankruptcy**<br>**Po Box 965060**<br>**Orlando, FL 32896** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Target**<br>**C/O Financial & Retail Srvs**<br>**Mailstopn BT POB 9475**<br>**Minneapolis, MN 55440** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Tnb-Visa (TV) / Target**<br>**C/O Financial & Retail Services**<br>**Mailstop BV PO Box 9475**<br>**Minneapolis, MN 55440** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Ar Resources Inc**<br>**Bankruptcy**<br>**Po Box 1056**<br>**Blue Bell, PA 19422** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| **Wells Fargo Bank Nv Na**<br>**Po Box 31557**<br>**Billings, MT 59107** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com