UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
First Guaranty Mortgage Corporation

In Re:

John Marcellus & Jessica Marcellus,

Debtors.

Case No.:    17-28350-ABA

Chapter:    13

Hearing Date:    3/20/2018

Judge:    Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 56 Stonehill Way, Logan Township, NJ

(Docket # 33)

Date: 03/19/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*