B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of <u>New Jersey</u>

In re   John T. Marcellus, Jr.                               Case No.  17-28350-ABA
        Jessica L. Marcellus

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

First Guaranty Mortgage Corporation               First Guaranty Mortgage Corporation

_____                   _____
        Name of Transferee                               Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):  21-1
Should be sent:                                   Amount of Claim: $363,570.68(secured)
                                                  Date Claim Filed: 01/03/2018
First Guaranty Mortgage Corporation
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: _____             Phone: _____
Last Four Digits of Acct #: <u>8781</u>                  Last Four Digits of Acct #: <u>7041</u>

Name and Address where transferee payments
should be sent (if different from above):

First Guaranty Mortgage Corporation
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: <u>8781</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   <u>/s/Brian E. Caine, Esq.</u>                       Date:  <u>6/7/18</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I certify that the foregoing notice has been served on the following:

John T. Marcellus, Jr.
56 Stonemill Way
Swedesboro, NJ 08085
**Debtors – Served Via Regular Mail**

Jessica L. Marcellus
56 Stonemill Way
Swedesboro, NJ 08085
**Debtors – Served Via Regular Mail**

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Ste 502
Philadelphia, PA 19107
**Debtor's Attorney – Served Electronically & Regular Mail**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
**Chapter 13 Trustee-Served Electronically & Regular Mail**


Signed: /s/ Brian E. Caine        Title: Attorney              Date: 6/7/2018
Direct Telephone No. 856-985-4059            Mail, Fax or Email address:
bcaine@parkermccay.com