Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

                              Case No.: 17−28350−ABA  
                              Chapter: 13  
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John T. Marcellus Jr. | Jessica L. Marcellus |
| 56 Stonemill Way | 56 Stonemill Way |
| Swedesboro, NJ 08085 | Swedesboro, NJ 08085 |

Social Security No.:  
  xxx−xx−7985                                   xxx−xx−3606

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:  
    Debtor and Joint Debtor was entered on June 18, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 18, 2018  
JAN: bc

                                                                         Jeanne Naughton  
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:
John T. Marcellus, Jr.
Jessica L. Marcellus
    Debtors

Case No. 17-28350-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3    Date Rcvd: Jun 18, 2018
                  Form ID: 148    Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
```
db/jdb         +John T. Marcellus, Jr.,    Jessica L. Marcellus,    56 Stonemill Way,    Swedesboro, NJ 08085-1861
cr             +HSBC Bank USA, N.A.,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
517126792       Absolute Resolutions Investments, LLC,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
517058570      +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
517058577      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517058578      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517577875       First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
517577876      +First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708,    First Guaranty Mortgage Corporation,
                 c/o Rushmore Loan Management Services 92619-2708
517058585      +Gloucester County Special Civil Part,    1 N Broad St,    Woodbury, NJ 08096-4602
517058589       Ocwen Loan Servicing,    1661 Washington Road,    Suite 100,    West Palm Beach, FL 33414
517259638       Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
517260424      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
517058591      +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
517058592       Sunterra Financial Srv, Inc,    Attn: Bankruptcy,    3865 W Cheyenne Ave,    Las Vegas, NV 89135
517117634       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517058568       EDI: HNDA.COM Jun 19 2018 03:13:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
517074653       EDI: HNDA.COM Jun 19 2018 03:13:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517058571      +EDI: CAPITALONE.COM Jun 19 2018 03:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517196770       EDI: BL-BECKET.COM Jun 19 2018 03:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517058574      +EDI: MERRICKBANK.COM Jun 19 2018 03:13:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
517058575      +EDI: CHASE.COM Jun 19 2018 03:23:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
517058581      +EDI: WFNNB.COM Jun 19 2018 03:13:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517058580      +EDI: WFNNB.COM Jun 19 2018 03:13:00      Comenity Bank/nwyrk&co,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
517145842       EDI: CRFRSTNA.COM Jun 19 2018 03:13:00      Credit First NA,    PO Box 818011,
                 Cleveland, OH 44181-8011
517058583      +EDI: CRFRSTNA.COM Jun 19 2018 03:13:00      Credit First National Assoc,
                 Attn: BK Credit Operations,    Po Box 81315,    Cleveland, OH 44181-0315
517058584      +EDI: RCSFNBMARIN.COM Jun 19 2018 03:13:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517199842       EDI: ECMC.COM Jun 19 2018 03:13:00      Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
517058586      +EDI: CBSKOHLS.COM Jun 19 2018 03:13:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
517216156       EDI: RESURGENT.COM Jun 19 2018 03:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517058587      +E-mail/Text: bk@lendingclub.com Jun 18 2018 23:56:04      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
517216080       EDI: MERRICKBANK.COM Jun 19 2018 03:13:00       MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517058588      +E-mail/Text: helen.ledford@nrsagency.com Jun 18 2018 23:56:39      Natiowide Recovery Service,
                 Po Box 8005,    Cleveland, TN 37320-8005
517180948       EDI: PRA.COM Jun 19 2018 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517058590      +E-mail/Text: bankruptcy@prosper.com Jun 18 2018 23:56:08      Prosper Marketplace Inc,
                 101 2nd St Fl 15,    San Francisco, CA 94103-3672
517256061       EDI: Q3G.COM Jun 19 2018 03:13:00      Quantum3 Group LLC as agent for,    Icon Equities LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Jun 18, 2018
                              Form ID: 148             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517248611         EDI: Q3G.COM Jun 19 2018 03:13:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA  98083-0788
517059254        +EDI: RMSC.COM Jun 19 2018 03:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517058593        +EDI: RMSC.COM Jun 19 2018 03:13:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
                  Po Box 956060,    Orlando, FL 32896-0001
517058594        +EDI: RMSC.COM Jun 19 2018 03:13:00      Synchrony Bank/ Old Navy,   Attn: Bankruptcy,
                  Po Box 956060,    Orlando, FL 32896-0001
517058595        +EDI: RMSC.COM Jun 19 2018 03:13:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
517058596        +EDI: RMSC.COM Jun 19 2018 03:13:00      Synchrony Bank/Sams,   Attn: Bankruptcy,   Po Box 965060,
                  Orlando, FL 32896-5060
517260166        +E-mail/Text: bncmail@w-legal.com Jun 18 2018 23:55:45      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517058597        +EDI: WTRRNBANK.COM Jun 19 2018 03:13:00      Target,   C/O Financial & Retail Srvs,
                  Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517058598        +EDI: WTRRNBANK.COM Jun 19 2018 03:13:00      Tnb-Visa  (TV) / Target,
                  C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,    Minneapolis, MN 55440-9475
517058599        +EDI: WFFC.COM Jun 19 2018 03:13:00      Wells Fargo Bank Nv Na,   Po Box 31557,
                  Billings, MT 59107-1557
                                                                                                TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517058569*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                  (address filed with court:  American Honda Finance,    Po Box 168088,    Irving, TX 75016)
517058572*        +Capital One,   Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
517058573*        +Capital One,   Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
517058576*        +Chase Card,   Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517058579*        +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
517058582*        +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
517213736*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,
                    POB 41067,    Norfolk VA 23541)
                                                                                        TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:

    Brad J. Sadek   on behalf of Joint Debtor Jessica L. Marcellus brad@sadeklaw.com, bradsadek@gmail.com

    Brad J. Sadek   on behalf of Debtor John T. Marcellus, Jr. brad@sadeklaw.com, bradsadek@gmail.com

    Brian E Caine   on behalf of Creditor   First Guaranty Mortgage Corporation bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

    Charles G. Wohlrab   on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com

    Denise E. Carlon   on behalf of Creditor   First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

    Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

    Kevin M. Buttery   on behalf of Creditor   HSBC Bank USA, N.A. bkyefile@rasflaw.com

    Miriam Rosenblatt   on behalf of Creditor   HSBC Bank USA, N.A. bkyecf@rasflaw.com, mrosenblatt@rasflaw.com

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jun 18, 2018
                              Form ID: 148             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 10