UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 17-28350 ABA |
| | : | |
| John T. Marcellus, Jr. | : | CHAPTER:   13 |
| Jessica L. Marcellus | : | |
| | : | |
| DEBTORS | : | JUDGE: Altenburg, Jr. |

**CERTIFICATION OF NO OBJECTION**
**REGARDING Motion To Reconsider Dismissal and Reinstate Bankruptcy**
**DOCUMENT NO.: 49**

The undersigned hereby certifies that, as of July 17th, 2018, Attorney Brad J. Sadek has received no answer, objection or other responsive pleading to Motion to Reconsider Dismissal and Reinstate Bankruptcy, document no. 49 filed on June 26th, 2018. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion to Reconsider Dismissal and Reinstate Bankruptcy appears thereon. Pursuant to Notice of Motion to Reconsider Dismissal and Reinstate Bankruptcy, objections to the Motion to Reconsider Dismissal and Reinstate Bankruptcy were to be filed and served no later than July 17th, 2018

It is hereby respectfully requested that the Order attached to the Motion to Reconsider Dismissal and Reinstate Bankruptcy be entered at the earliest convenience of the Court.

Dated: July 17, 2018         /s/ Brad J. Sadek, Esquire
                             Brad J. Sadek, Esquire
                             Sadek and Cooper
                             "The Philadelphia Building"
                             1315 Walnut Street, #502
                             Philadelphia, PA 19107
                             215-545-0008