UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John T. Marcellus, Jr.
Jessica L. Marcellus

Case No.: 17-28350

Chapter: 13

Hearing Date: July 24th, 2018

Judge: Altenburg, Jr.

**ORDER GRANTING MOTION TO REINSTATE STAY**

The relief set forth on the following page is **ORDERED**.

DATED: July 24, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Reconsider Dismissal and Reinstate Bankruptcy Case, and any related responses or objections, it is hereby

ORDERED that:

1. The instant bankruptcy case is reinstated.

2. The automatic stay is reinstated as to all creditors.

3. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

4. The Debtors shall provide the Chapter 13 trustee with all required documents within 14 days from the date of this Order.