# United States Bankruptcy Court
## District of New Jersey

In re: John T. Marcellus, Jr.
Jessica L. Marcellus
Debtor(s)

Case No. 17-28350
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **August 7, 2018**, a copy of **Modified Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| Ar Resources Inc |
| Capital One |
| Cardworks/CW Nexus |
| Chase Card |
| Citibank/The Home Depot |
| Citicards Cbna |
| Comenity Bank/nwyrk&co |
| Comenity Bank/Victoria Secret |
| Credit First National Assoc |
| Credit One Bank Na |
| Gloucester County Special Civil Part |
| Kohls/Capital One |
| Lending Club Corp |
| Natiowide Recovery Service |
| Ocwen Loan Servicing |
| Prosper Marketplace Inc |
| Roundpoint Mortgage |
| Sunterra Financial Srv, Inc |
| Synchrony Bank/ JC Penneys |
| Synchrony Bank/ Old Navy |
| Synchrony Bank/Lowes |
| Synchrony Bank/Sams |
| Target |
| Wells Fargo Bank Nv Na |

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008 Fax: 215-545-0611
brad@sadeklaw.com