Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−28350−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John T. Marcellus Jr. | Jessica L. Marcellus |
| 56 Stonemill Way | 56 Stonemill Way |
| Swedesboro, NJ 08085 | Swedesboro, NJ 08085 |

Social Security No.:
xxx−xx−7985                                                                xxx−xx−3606

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 15, 2018.

On August 7, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             September 12, 2018
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 8, 2018
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-28350-ABA
John T. Marcellus, Jr.                                          Chapter 13
Jessica L. Marcellus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Aug 08, 2018
                              Form ID: 185             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb         +John T. Marcellus, Jr.,   Jessica L. Marcellus,   56 Stonemill Way,   Swedesboro, NJ 08085-1861
cr             +HSBC Bank USA, N.A.,   Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
517126792       Absolute Resolutions Investments, LLC,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
                 Rochester, MI 48308-0730
517058570      +Ar Resources Inc,   Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
517196770       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517058575      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517058577      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 S Louis, MO 63179-0040
517058578      +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
                 Saint Louis, MO 63179-0040
517145842       Credit First NA,   PO Box 818011,   Cleveland, OH 44181-8011
517058583      +Credit First National Assoc,   Attn: BK Credit Operations,   Po Box 81315,
                 Cleveland, OH 44181-0315
517199842       Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
517577875       First Guaranty Mortgage Corporation,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
                 Irvine, CA 92619-2708
517577876      +First Guaranty Mortgage Corporation,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
                 Irvine, CA 92619-2708,   First Guaranty Mortgage Corporation,
                 c/o Rushmore Loan Management Services 92619-2708
517058585      +Gloucester County Special Civil Part,   1 N Broad St,   Woodbury, NJ 08096-4602
517058589       Ocwen Loan Servicing,   1661 Washington Road,   Suite 100,   West Palm Beach, FL 33414
517259638       Ocwen Loan Servicing, LLC,   ATTN: Bankruptcy Department,   P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
517260424      +RoundPoint Mortgage Servicing Corporation,   5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
517058591      +Roundpoint Mortgage,   5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1934
517058592       Sunterra Financial Srv, Inc,   Attn: Bankruptcy,   3865 W Cheyenne Ave,   Las Vegas, NV 89135
517058597      +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517058598      +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV   PO Box 9475,
                 Minneapolis, MN 55440-9475
517058599      +Wells Fargo Bank Nv Na,   Po Box 31557,   Billings, MT 59107-1557
517117634       Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517058568       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2018 23:34:24      American Honda Finance,
                 Po Box 168088,   Irving, TX 75016
517074653       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2018 23:34:24
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
517058571      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 23:40:04      Capital One,
                 Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517058574      +E-mail/Text: bkr@cardworks.com Aug 08 2018 23:33:15      Cardworks/CW Nexus,   Attn: Bankruptcy,
                 Po Box 9201,   Old Bethpage, NY 11804-9001
517058581      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2018 23:33:52
                 Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
517058580      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2018 23:33:52      Comenity Bank/nwyrk&co,
                 220 W Schrock Rd,   Westerville, OH 43081-2873
517058584      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2018 23:40:13      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517058586      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 08 2018 23:33:28      Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
517216156       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2018 23:39:37
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517058587      +E-mail/Text: bk@lendingclub.com Aug 08 2018 23:34:43      Lending Club Corp,   71 Stevenson St,
                 Suite 300,   San Francisco, CA 94105-2985
517216080       E-mail/Text: bkr@cardworks.com Aug 08 2018 23:33:15      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517058588      +E-mail/Text: helen.ledford@nrsagency.com Aug 08 2018 23:35:19      Natiowide Recovery Service,
                 Po Box 8005,   Cleveland, TN 37320-8005
517180948       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 23:40:07
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,   POB 41067,
                 Norfolk VA 23541
517058590      +E-mail/Text: bankruptcy@prosper.com Aug 08 2018 23:34:48      Prosper Marketplace Inc,
                 101 2nd St Fl 15,   San Francisco, CA 94105-3672

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Aug 08, 2018
                               Form ID: 185             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517256061        E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2018 23:34:03
                 Quantum3 Group LLC as agent for,   Icon Equities LLC,   PO Box 788,   Kirkland, WA  98083-0788
517248611        E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2018 23:34:03
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517059254       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:38:50      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517058593       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:38:50      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517058594       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:39:21      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517058595       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:38:50      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517058596       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:39:21      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517260166       +E-mail/Text: bncmail@w-legal.com Aug 08 2018 23:34:24      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517058569*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,     Po Box 168088,    Irving, TX 75016)
517058572*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517058573*       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517058576*       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517058579*       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
517058582*       +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517213736*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,     c/o Capital One Bank, N.a.,
                  POB 41067,    Norfolk VA 23541)
                                                                                            TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
              Brad J. Sadek    on behalf of Joint Debtor Jessica L. Marcellus brad@sadeklaw.com,
               bradsadek@gmail.com
              Brad J. Sadek    on behalf of Debtor John T. Marcellus, Jr. brad@sadeklaw.com,   bradsadek@gmail.com
              Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin M. Buttery    on behalf of Creditor    HSBC Bank USA, N.A. bkyefile@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```