# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

| | |
|---|---|
| Jane L. McDonald, Counsel | Kelleen E. Stanley* |
| Raymond H. Shockley, Jr. Staff Attorney | Jennie P. Archer* |
| Jennifer R. Gorchow, Staff Attorney | Jenai M. Cerquoni* |

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

October 2, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
        Debtor(s) Name:    John T. Marcellus, Jr. and Jessica L. Marcellus
        Case No:    17-28350  ABA
        Hearing Date:    N/A

Dear Judge Altenburg:

    Please accept this letter as a limited objection to Debtor(s)' Application filed on September 25, 2018 for the above-captioned matter.

    The incorrect form of application was filed with the Court, and the incorrect proposed form of order was attached with the Application. In addition, the incorrect proposed Order fails to indicate a new monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the current application and proposed Order filed is amended to reflect the correct motion/application attached with the correct proposed form of order. In addition, the corrected proposed form of Order to be filed needs reflect new payments of $575.00 per month for forty-eight (48) months.

    **Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

    As always, the Court is welcome to contact the Trustee with any concerns.

        Respectfully submitted,

        *OFFICE OF THE CHAPTER 13*
        *STANDING TRUSTEE*

        */s/ Isabel C. Balboa*

        **ISABEL C. BALBOA**
        Chapter 13 Standing Trustee

ICB:lka

c:    Brad J. Sadek, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:
P.O. Box 1978
Memphis, TN 38101-1978

John T. Marcellus, Jr. and Jessica L. Marcellus   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**  
**Memphis, TN 38101-1978**

Page **2** of **2**