| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR9004-1(b)<br><br>Sadek & Cooper Law Offices<br>1315 Walnut Street<br>Suite 502<br>Phildelphia, PA 19107<br>215-545-0008<br><br>Attorney for Debtors . | |
| In Re:<br><br>John T. Marcellus, Jr.<br>Jessica L. Marcellus | Case No.: 17-28350<br><br>Chapter: 13<br><br>Judge: ABA |

## CERTIFICATION OF DEBTOR'S COUNSEL
## SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE

Under D.N.J. LBR 2016-5 this supplemental fee application may contain requests for compensation of $2,000 or less. Requests for compensation over $2,000 must be filed under D.N.J. LBR 2016-1.

___Brad J. Sadek, Esquire___, Esquire, certifies as follows:

1. I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

## STANDARD FEES

☐  Prosecution of motion on behalf of debtor. $500.00

  Nature of motion: _____

  Hearing date(s): _____

☐  Defense of motion on behalf of debtor (Including filing Objection to Creditor's or Trustee's Certification of Default). $400.00

  Nature of motion: _____

  Hearing date(s): _____

☐  Additional court appearance(s). (Not to exceed three). $100.00

  Purpose: _____

  Hearing date(s): _____

☐  Filing and appearance on a modified Chapter 13 plan. $300.00

☐  Preparation of Wage Order. $100.00

☐  Preparation and filing of Amendments to Schedules D, E, F, G, H or List of Creditors. $100.00

☐  Preparation and filing of other amended schedules $100.00

☐  Preparation and filing of Application for Retention of Professional $200.00

☐  Preparation and filing of Notice of Sale or Settlement of Controversy $100.00

# NON-STANDARD FEES

> Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as

Exhibit A:

**See Attached Billing Breakdown**

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of: $ __3,500.00__

   To date, I have received: $ __3,500.00__

3. I seek compensation for services rendered in the amount of $ **$1,000.00 (for a total of $4,500.00)** payable:

   ☑ through the Chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☐ This allowance will not impact on plan payments.

   ☑ This allowance will impact on plan payments.

   Present plan: $ __552.00__ per month for __49__ months.

   Proposed plan: $ __588.00__ per month for __47__ months.

5. Pursuant to D.N.J. LBR 2016-5(b)(3), I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Dated: **October 10, 2018**  **/s/ Brad J. Sadek, Esquire**
**Brad J. Sadek, Esquire**
Signature

*rev.8/1/15*