# Marcellus, John T. & Jessica L.
# Chapter 13 Case No.: 17-28350

| | | | |
|---|---|---|---|
| BJS | 1.1 | 2/27/17 | Meet with Clients and file setup |
| SEB | 0.2 | 5/5/17 | Letter of representation to Creditor, Letter to Client |
| BV | 0.1 | 6/29/17 | Incoming creditor call |
| SGR | 0.2 | 7/14/17 | PIF Letter |
| SGR | 0.3 | 8/21/17 | Call to client for additional information |
| SGR | 1.5 | 8/21/17 | Petition preparation |
| MHL | 0.7 | 8/22/17 | Initial petition review |
| MHL | 0.8 | 9/01/17 | Phone consult re: petition |
| JLW | 0.5 | 9/08/17 | File petition and send Trustee payment letter |
| MEH | 0.5 | 9/14/17 | 341 Prep: Reviewed file, Submitted docs to Trustee, Letter to Client re docs requested |
| JLW | 0.3 | 9/22/17 | Email to Client re business docs needed |
| MEH | 0.3 | 9/26/17 | 341 Prep: Review faxes, upload business docs to Trustee |
| MEH | 0.2 | 10/5/17 | 341 Prep: Upload docs to Trustee |
| MEH | 0.4 | 10/13/17 | 341 Prep: Review file, upload docs to Trustee, letter to Client re missing docs |
| MEH | 0.6 | 11/02/17 | Conf Prep: Review file, pull Trustee recommendations, upload docs to Trustee, Email to Client |
| MEH | 1.0 | 12/19/17 | Meeting with Brad, amend several schedules, file modified plan, letter to Client |
| MEH | 0.4 | 12/19/17 | Upload docs to Trustee |
| MEH | 1.5 | 2/12/18 | Review file Confirmation: E-file notice of bankruptcy filing, follow up on correct CMA, emails with Trustee, e-file Certificate of Service, review Trustee notes |
| JLW | 0.5 | 3/02/18 | Draft and file Response to Motion for Relief |
| JLW | 1.0 | 6/25/18 | Prepare and file Motion to Reinstate |
| KMC | 0.4 | 8/07/18 | Prepare and file Modified Chapter 13 Plan and Certificate of Service, Letter to Client |

Marcellus, John T. & Jessica L.
Chapter 13 Case No.: 17-28350

Attorney Time:         Brad J. Sadek          1.1
                       Matthew H. Lazarus     <u>1.5</u>
                                              **2.6 hours at $335.00 per hour = $   871.00**

Legal Assistant Time:  Brenda Viruet          0.1
                       Jordan Williams        2.3
                       Karen Campling         0.4
                       Meghan Hazlett         4.9
                       SEB                    0.2
                       SGR                    <u>2.0</u>
                                              **9.9 hours at $125.00 per hour = $1,237.50**

**Total Billable: $2,108.50**