UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sadek & Cooper Law Offices
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008

Attorney for Debtors

In Re:

John T. Marcellus, Jr.
Jessica L. Marcellus

Case No.: 17-28350

Chapter: 13

Judge: Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Brad J. Sadek, Esq. _____, the applicant, is allowed a fee of $ ___1,000.00___ for services rendered and expenses in the amount of $_____ for a total of $___1,000.00___ . The allowance is payable:

&#x2612; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___588.00___ per month for ___49___ months to allow for payment of the above fee.

*rev.8/1/15*