# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel                                                             Kelleen E. Stanley*
Raymond H. Shockley, Jr. Staff Attorney                          Jennie P. Archer*
Jennifer R. Gorchow, Staff Attorney                              Jenai M. Cerquoni*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

October 12, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:     Chapter 13 Bankruptcy
        Debtor(s) Name:       John T. Marcellus, Jr. and Jessica L. Marcellus
        Case No:              17-28350   ABA
        Hearing Date:         N/A

Dear Judge Altenburg:

     Please accept this letter as a limited objection to Debtor(s)' Motion/Application, which was recently filed on October 11, 2018. However, a Motion/Application for Compensation was previously submitted with the Court on September 25, 2018, in which a limited objection was filed by our office on October 2, 2018.

     As of today's date, it does not appear the motion/application filed September 25, 2018 has been addressed and/or withdrawn. Pursuant to, DNJ L.R.B. 2016-5 (b)(3), a supplemental fee application in a Chapter 13 case may not be submitted more than once every 120 days.

     As always, the Court is welcome to contact the Trustee with any concerns.

                                 Respectfully submitted,

                                 *OFFICE OF THE CHAPTER 13*
                                 *STANDING TRUSTEE*

                                 /s/ *Isabel C. Balboa*

                                 **ISABEL C. BALBOA**
                                 Chapter 13 Standing Trustee

ICB:lka

c:     Brad J. Sadek, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
       John T. Marcellus, Jr. and Jessica L. Marcellus   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center                                                               **Payments Only:**
535 Route 38
Suite 580                                                                                      **P.O. Box 1978**
Cherry Hill, NJ 08002                                                           **Memphis, TN 38101-1978**
(856) 663-5002