# U.S. BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

**IN RE:**

John T. Marcellus and Jessica L. Marcellus

: Chapter 13

: Case No.: 17-28350

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw **#63, Application for Compensation**, which was filed on or about September 25, 2018, on the docket. Thank you.

Very Truly Yours,

Dated: October 15, 2018

**/s/ Brad J. Sadek**
Brad J. Sadek, Esquire
Counsel for Debtor
Sadek & Cooper Law Offices
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008