# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Jenai M. Cerquoni*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

October 23, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:        John T. Marcellus, Jr. and Jessica L. Marcellus
      Case No:               17-28350   ABA
      Hearing Date:          N/A

Dear Judge Altenburg:

    Please withdraw the Trustee's limited objection filed on October 12, 2018 to Professional Fees in connection with the above-captioned case. The Trustee's limited objection has been resolved due to the application for compensation previously filed on September 25, 2018 (docket #63) has been withdrawn.

    Please feel free to contact me if you have any questions or require additional information.

Respectfully submitted,

OFFICE OF THE CHAPTER 13
STANDING TRUSTEE

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB: lka

c:   Brad J. Sadek, Esquire   (Debtor(s) Counsel)   (via Electronic Case Filing / ECF)
     John T. Marcellus, Jr. an Jessica L. Marcellus   (Debtors')   (via First Class mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978