UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sadek & Cooper Law Offices
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008

Attorney for Debtors

Order Filed on October 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John T. Marcellus, Jr.
Jessica L. Marcellus

Case No.: 17-28350

Chapter: 13

Judge: Altenburg

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: October 24, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Brad J. Sadek, Esq. _____, the applicant, is allowed a fee of $ _____ 1,000.00 _____ for services rendered and expenses in the amount of $ _____ for a total of $ _____ 1,000.00 _____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ____ 588.00 ____ per month for ____ 49 ____ months to allow for payment of the above fee.

*rev.8/1/15*