Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 17-28350 (ABA)**

John T. Marcellus, Jr. and Jessica L. Marcellus  
56 Stonemill Way  
Swedesboro, NJ  08085

Monthly Payment: $588.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/2018 | $250.00 | 02/02/2018 | $250.00 | 03/14/2018 | $305.00 | 04/13/2018 | $305.00 |
| 05/10/2018 | $305.00 | 10/01/2018 | $552.00 | 10/17/2018 | $552.00 | 11/16/2018 | $588.00 |
| 12/17/2018 | $588.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOHN T. MARCELLUS, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $1,955.00 | $1,955.00 | $0.00 | $1,955.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $1,000.00 | $1,000.00 | $0.00 | $1,000.00 |
| 1 | AMERICAN HONDA FINANCE CORPORATION | 24 | $365.14 | $18.79 | $346.35 | $1.01 |
| 2 | AR RESOURCES INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,035.22 | $0.00 | $4,035.22 | $0.00 |
| 4 | MERRICK BANK | 33 | $878.15 | $0.00 | $878.15 | $0.00 |
| 5 | CHASE CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITIBANK/THE HOME DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITICARDS CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $1,030.66 | $0.00 | $1,030.66 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $736.86 | $0.00 | $736.86 | $0.00 |
| 10 | CREDIT FIRST, N.A. | 33 | $589.37 | $0.00 | $589.37 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $734.32 | $0.00 | $734.32 | $0.00 |
| 12 | GLOUCESTER COUNTY SPECIAL CIVIL PART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAPITAL ONE, N.A. | 33 | $3,286.48 | $0.00 | $3,286.48 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $18,852.90 | $0.00 | $18,852.90 | $0.00 |
| 15 | NATIOWIDE RECOVERY SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | OCWEN LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ABSOLUTE RESOLUTIONS INVESTMENTS, LLC | 33 | $9,738.05 | $0.00 | $9,738.05 | $0.00 |
| 18 | FIRST GUARANTY MORTGAGE CORPORATION | 24 | $21,841.58 | $1,124.16 | $20,717.42 | $60.61 |
| 19 | SUNTERRA FINANCIAL SRV, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | FIRST GUARANTY MORTGAGE CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 21 | QUANTUM3 GROUP, LLC | 33 | $3,042.86 | $0.00 | $3,042.86 | $0.00 |
| 22 | QUANTUM3 GROUP, LLC | 33 | $428.20 | $0.00 | $428.20 | $0.00 |
| 23 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TD BANK USA, N.A. | 33 | $654.90 | $0.00 | $654.90 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | TD BANK USA, N.A. | 33 | $11,520.83 | $0.00 | $11,520.83 | $0.00 |
| 27 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | JESSICA L. MARCELLUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | JOHN T. MARCELLUS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | AMERICAN HONDA FINANCE CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $8,912.38 | $0.00 | $8,912.38 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,157.54 | $0.00 | $1,157.54 | $0.00 |
| 36 | CHASE CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | CITICARDS CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | COMENITY BANK/VICTORIA SECRET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $1.77 |
| 40 | ECMC | 33 | $34,529.74 | $0.00 | $34,529.74 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2017 | 10.00 | $0.00 |
| 08/01/2018 | Paid to Date | $2,165.00 |
| 09/01/2018 | 49.00 | $588.00 |
| 10/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,695.00 |
| Total paid to creditors this period: | $3,549.39 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $660.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**