IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

John T. Marcellus, Jr. and Jessica L. Marcellus　　　　　Bankruptcy No. 17-28350

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Proof of Claim No. 4

Debtor(s),
_____

**NOTICE OF CHANGE OF MAILING AND
CHAPTER 13 PAYMENT RECEIVING
ADDRESS**

NOW COMES Absolute Resolutions Corporation, agent for the creditor Absolute Resolutions Investments, LLC before this Court to give notice to all parties in interest of a change in mailing address and Chapter 13 payment address for the above referenced case. Effective immediately the new address for all notices, correspondences and payments will be:

**Absolute Resolutions Investments, LLC
c/o Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437**

Respectfully Submitted:

By:　/s/ Ashley Gjorgjeski
Ashley Gjorgjeski
Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437
(800) 713-0670