UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz & Schneid, PL**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Harold Kaplan, Esq. (NJ-0226)

In Re:

| | |
|---|---|
| Case No.: | See Attached |
| Chapter: | See Attached |
| Judge: | See Attached |

# NOTICE OF SUBSTITUTION OF COUNSEL

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Harold Kaplan, Esq., will be substituted as attorney of record for Miriam Rosenblatt, Esq., in the attached cases.

DATED: June 26, 2019

/s/ Miriam Rosenblatt
Signature of Former Attorney

DATED: June 26, 2019

/s/ Harold Kaplan
Signature of Substituted Attorney

| Bankruptcy Case # | Chapter | Judge | Substituted In | Substituted Out |
|---|---|---|---|---|
| 12-28076-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 13-27498-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 14-18022-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 15-20088-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 15-30530-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 16-15358-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 16-20297-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 16-20979-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 16-23565-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 16-24751-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 16-32987-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 16-34081-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 16-34466-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 17-10022-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 17-12114-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-14080-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 17-16607-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-16708-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-18984-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-19031-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-19159-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-19347-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-19406-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-19558-JNP | 13 | Jerrold N. Poslusny, Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-19943-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20155-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20201-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20480-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20613-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20613-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20645-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20782-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20784-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-20852-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-22097-JNP | 13 | Jerrold N. Poslusny, Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-22612-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-22833-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 17-22892-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-23813-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-24104-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-24425-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-24940-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-25368-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-25478-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-25642-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-26004-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |

| | | | | |
|---|---|---|---|---|
| 17-26173-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-26248-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-26683-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-27136-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 17-27179-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-27702-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-28085-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-28107-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-28278-JNP | 13 | Jerrold N. Poslusny, Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-28350-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-28614-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 17-29958-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-30134-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-30645-JNP | 13 | Jerrold N. Poslusny, Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-30946-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-31082-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-31226-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-31355-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-31409-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-31857-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-33127-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 17-33127-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 18-14911-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 18-19448-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 18-20279-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 18-25519-JNP | 13 | Jerrold N. Poslusny Jr | Harold Kaplan | Miriam Rosenblatt |
| 18-29640-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |
| 19-10788-JNP | 13 | Jerrold N. Poslusny Jr. | Harold Kaplan | Miriam Rosenblatt |
| 19-11784-ABA | 13 | Andrew B. Altenburg Jr. | Harold Kaplan | Miriam Rosenblatt |