IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| John T. Marcellus, Jr. and Jessica L. Marcellus | Bankruptcy No.  17-28350 |
| | Chapter 13 |
| | Proof of Claim No. 16 |

Debtor(s),
_____

**NOTICE OF CHANGE OF MAILING AND
CHAPTER 13 PAYMENT RECEIVING ADDRESS**

NOW COMES Absolute Resolutions Corporation, agent for the creditor Icon Equities, LLC before this Court to give notice to all parties in interest of a change in mailing address and Chapter 13 payment address for the above referenced case.  Effective immediately the new address for all notices, correspondences and payments will be:

New Address
**Icon Equities, LLC
c/o Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437**

Old Address
Quantum3 Group LLC as agent for
Icon Equities LLC
PO Box 788
Kirkland, WA 98083-0788

Respectfully Submitted:

By:     /s/ Ashley Gjorgjeski
Ashley Gjorgjeski
Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437
(800) 713-0670