Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–28350–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John T. Marcellus Jr.         Jessica L. Marcellus
56 Stonemill Way              56 Stonemill Way
Swedesboro, NJ 08085          Swedesboro, NJ 08085

Social Security No.:
  xxx–xx–7985                 xxx–xx–3606

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          December 7, 2021
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*81* – Certification in Opposition to Creditors Certification of Default (related document:80 Creditor's Certification of Default (related document:37 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of The Money Source, Inc.. Objection deadline is 11/18/2021. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post–Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor The Money Source, Inc.) filed by Brad J. Sadek on behalf of Jessica L. Marcellus, John T. Marcellus Jr.. (Attachments: # 1 Supplement) (Sadek, Brad)

and transact such other business as may properly come before the meeting.

Dated: November 16, 2021
JAN: lgr

                                        Jeanne Naughton
                                        Clerk