| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Chapter 13 |
| In re:<br><br>John T. Marcellus, Jr.<br>Jessica L. Marcellus<br><br>                       Debtors. | Case No. 17-28350-ABA<br><br>Hearing Date: January 4, 2022<br><br>Judge Andrew B. Altenburg Jr. |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, <u>Gavin N. Stewart, Esq.</u>,

    x    am the attorney for: **The Money Source Inc.**
    ☐    am self-represented

    Phone number: **813-371-1231**

    Email address: **gavin@stewartlegalgroup.com**

2. I request an adjournment of the following hearing:

    Matter: **Certification of Default (Doc. No. 80)**

    Current hearing date and time: **January 4, 2022 at 10:00AM**

    New date requested: **January 11, 2022 at 10:00AM**

    Reason for adjournment request: **The parties are close to a resolution of the Certification of Default and need additional time to discuss the terms of the potential Consent Order.**

3.    I request an adjournment of confirmation:

     Current confirmation date and time: _____

     <u>New date requested:</u> _____

     <u>Reason for adjournment request:</u> _____

     Confirmation has been adjourned ___ previous times

     Trustee payments are current through _____

     The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

     <u>X</u> **I have the consent of all parties.**

     ☐ **I do not have the consent of all parties** (explain below): **Requested but not yet received as of the date of submission. The request is being submitted to meet the required timeframe for adjournment requests.**

I certify under penalty of perjury that the foregoing is true.

Date:    <u>January 3, 2022</u>        <u>/s/Gavin N. Stewart</u>
                                           Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

<u>**OFFICIAL USE ONLY:**</u>

The request for adjournment is:

☒ Granted New hearing date:    <u>January 11, 2022 @ 10 am</u>    ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

                                                                         *rev.10/1/15*