| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Chapter 13 |
| In re:<br><br>John T. Marcellus, Jr.<br>Jessica L. Marcellus<br>　　　　　　　　　　　　Debtors. | Case No. 17-28350-ABA<br><br>Hearing Date: January 11, 2022<br><br>Judge Andrew B. Altenburg Jr. |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled/OTBS**.

Matter: **Certification of Default** (Doc. No. 80).

Dated: January 10, 2022

　　　　　　　　　　　　　　　　Stewart Legal Group, P.L.
　　　　　　　　　　　　　　　　Attorney for The Money Source, Inc.

　　　　　　　　By:　*/s/Gavin N. Stewart*
　　　　　　　　　　　Gavin N. Stewart, Esq.