| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Order Filed on February 16, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>John T. Marcellus, Jr.<br>Jessica L. Marcellus<br><div align="right">Debtors.</div> | Chapter 13<br><br>Case No.  17-28350-ABA<br><br>Judge Andrew B. Altenburg Jr. |

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 16, 2022**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtors: | John T. Marcellus, Jr. and Jessica L. Marcelluss |
| Case No.: | 17-28350-ABA |
| Caption of Order: | **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT** |

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by The Money Source Inc. ("Creditor"), whereas the post-petition arrearage amount was $37,482.08, as of February 3, 2022, and whereas the Debtors and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **56 Stonemill Way, Logan Township, New Jersey 08085** provided that the Debtors comply with the following:

   a. On or before April 1, 2022, the Debtors shall obtain a loan modification and/or a Partial Claim Mortgage and Promissory Note, to address the arrearage on the loan;

   b. If the Debtors do not obtain a modification and/or a Partial Claim Mortgage and updated Promissory Note within the timeframe provided by Paragraph 1(a), then on or before April 1, 2022, then the Debtors shall file a modified plan curing the total arrearage due to Creditor; and

   c. The Debtors shall resume making the regular monthly payments to Creditor as they become due beginning with the March 1, 2022 payment.

2. All direct payments due hereunder not otherwise paid by electronic means and/or automatic draft, shall be sent directly to Creditor at the following address: **The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450**.

3. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

      4.      If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

      5.      Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| /s/ Brad J. Sadek | */s/ Gavin N. Stewart* |
|---|---|
| Brad J. Sadek, Esq. | Gavin N. Stewart, Esq. |
| Sadek & Cooper | Stewart Legal Group, P.L. |
| 1315 Walnut Street, Ste 502 | 401 East Jackson Street, Suite 2340 |
| Philadelphia, PA 19107 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |