Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−28350−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John T. Marcellus Jr.                    Jessica L. Marcellus
   56 Stonemill Way                      56 Stonemill Way
   Swedesboro, NJ 08085             Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−7985                            xxx−xx−3606

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 14, 2018.

On 8/12/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                September 14, 2022
Time:                10:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 15, 2022
JAN: lgr

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John T. Marcellus, Jr.  
Jessica L. Marcellus  
    Debtors

Case No. 17-28350-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Aug 15, 2022      Form ID: 185      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John T. Marcellus, Jr., Jessica L. Marcellus, 56 Stonemill Way, Swedesboro, NJ 08085-1861 |
| cr | + | The Money Source, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 517126792 | +++ | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 517058585 | + | Gloucester County Special Civil Part, 1 N Broad St, Woodbury, NJ 08096-4602 |
| 517256061 | +++ | Icon Equities LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 519668449 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 517058589 | | Ocwen Loan Servicing, 1661 Washington Road, Suite 100, West Palm Beach, FL 33414 |
| 517058590 | + | Prosper Marketplace Inc, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 517260424 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 517058592 | | Sunterra Financial Srv, Inc, Attn: Bankruptcy, 3865 W Cheyenne Ave, Las Vegas, NV 89135 |
| 517058599 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2022 20:46:00 | HSBC Bank USA, N.A., Robertson, Anschutz & Schneid P.L., 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| 517074653 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 15 2022 20:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517058568 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 15 2022 20:46:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517058570 | | Email/Text: collectors@arresourcesinc.com | Aug 15 2022 20:46:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 517058571 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 20:49:02 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517196770 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2022 20:48:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 17-28350-ABA   Doc 106   Filed 08/17/22   Entered 08/18/22 00:11:10   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: 185 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 517058574 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2022 20:48:49 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517058577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2022 20:48:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517058578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2022 20:48:56 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517058581 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2022 20:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517058580 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2022 20:46:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 517145842 | | Email/Text: BKPT@cfna.com | Aug 15 2022 20:46:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517058583 | + | Email/Text: BKPT@cfna.com | Aug 15 2022 20:46:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517058584 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2022 20:49:06 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517199842 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 15 2022 20:46:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517577875 | | Email/Text: bkenotice@rushmorelm.com | Aug 15 2022 20:46:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517577876 | + | Email/Text: bkenotice@rushmorelm.com | Aug 15 2022 20:46:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services 92619-2708 |
| 517058575 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2022 20:49:13 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517058586 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 20:46:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517216156 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:49:06 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517058587 | + | Email/Text: bk@lendingclub.com | Aug 15 2022 20:46:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517216080 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2022 20:48:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517058588 | | Email/Text: paula.tilley@nrsagency.com | Aug 15 2022 20:46:00 | Natiowide Recovery Service, Po Box 8005, Cleveland, TN 37320 |
| 517259638 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 15 2022 20:46:00 | Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 517180948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2022 20:49:15 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517248611 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2022 20:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517059254 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 20:49:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517058593 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: 185 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 15 2022 20:48:48 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517058594 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 20:49:04 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517058595 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 20:49:04 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517058596 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 20:49:04 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517260166 | + | Email/Text: bncmail@w-legal.com | Aug 15 2022 20:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517058597 | + | Email/Text: bncmail@w-legal.com | Aug 15 2022 20:46:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 519321082 | + | Email/Text: BK@servicingdivision.com | Aug 15 2022 20:46:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519321083 | + | Email/Text: BK@servicingdivision.com | Aug 15 2022 20:46:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450, The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 517058598 | + | Email/Text: bncmail@w-legal.com | Aug 15 2022 20:46:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517117634 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 15 2022 20:48:56 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517058569 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517058572 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517058573 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517058579 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517058582 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517058576 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517213736 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 519677980 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 517058591 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 15, 2022 | Form ID: 185 | Total Noticed: 50 |

Date: Aug 17, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Amani Sahar Abdellah
          on behalf of Creditor Hidden Creek Estates Community Association  Inc. aabdellah@hillwallack.com

Brad J. Sadek
          on behalf of Joint Debtor Jessica L. Marcellus bradsadek@gmail.com
          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Brad J. Sadek
          on behalf of Debtor John T. Marcellus  Jr. bradsadek@gmail.com,
          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Brian E Caine
          on behalf of Creditor First Guaranty Mortgage Corporation bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

Denise E. Carlon
          on behalf of Creditor First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
          on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart
          on behalf of Creditor The Money Source  Inc. bk@stewartlegalgroup.com

Harold N. Kaplan
          on behalf of Creditor HSBC Bank USA  N.A. hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
          ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
          on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin M. Buttery
          on behalf of Creditor HSBC Bank USA  N.A. kbuttery@moodklaw.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12