IN THE UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

Sadek and Cooper Law Office
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor(s)

In Re:

**John T. Marcellus, Jr.
Jessica L. Marcellus**

Case No.:  **17-28350 (ABA)**

Chapter:  **13**

Hearing Date:  **October 26, 2022**

Judge:  **Andrew B. Altenburg**

## **PRAECIPE TO WITHDRAWAL DOCUMENT**

TO THE CLERK:

Please withdrawal the following documents:

    Modified Plan *filed at Docket Number 98.*

Date: October 19, 2022                    By: <u>/s/ Brad J. Sadek, Esquire</u>
                                                          Attorney for Debtor