Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  17−28350−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| John T. Marcellus Jr. | Jessica L. Marcellus |
| 56 Stonemill Way | 56 Stonemill Way |
| Swedesboro, NJ 08085 | Swedesboro, NJ 08085 |

Social Security No.:
  xxx−xx−7985                                   xxx−xx−3606

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 26, 2022.

Dated: October 27, 2022
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-28350-ABA
John T. Marcellus, Jr.  Chapter 13
Jessica L. Marcellus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Oct 27, 2022  Form ID: plncf13  Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John T. Marcellus, Jr., Jessica L. Marcellus, 56 Stonemill Way, Swedesboro, NJ 08085-1861 |
| cr | + | The Money Source, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 517126792 | +++ | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 517058585 | + | Gloucester County Special Civil Part, 1 N Broad St, Woodbury, NJ 08096-4602 |
| 517256061 | +++ | Icon Equities LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 519668449 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 517058589 | | Ocwen Loan Servicing, 1661 Washington Road, Suite 100, West Palm Beach, FL 33414 |
| 517058590 | + | Prosper Marketplace Inc, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 517260424 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 517058592 | | Sunterra Financial Srv, Inc, Attn: Bankruptcy, 3865 W Cheyenne Ave, Las Vegas, NV 89135 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 27 2022 20:39:00 | HSBC Bank USA, N.A., Robertson, Anschutz & Schneid P.L., 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| 517074653 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2022 20:40:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517058568 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2022 20:40:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517058570 | | Email/Text: collectors@arresourcesinc.com | Oct 27 2022 20:39:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 517058571 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2022 20:55:12 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517196770 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 20:44:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517058574 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2022 20:44:10 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box |

Case 17-28350-ABA    Doc 117    Filed 10/29/22    Entered 10/30/22 00:17:37    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: plncf13 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 9201, Old Bethpage, NY 11804-9001 |
| 517058577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:44:40 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517058578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2022 20:55:11 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517058581 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 20:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517058580 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2022 20:40:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 517145842 | | Email/Text: BKPT@cfna.com | Oct 27 2022 20:39:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517058583 | + | Email/Text: BKPT@cfna.com | Oct 27 2022 20:39:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517058584 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2022 20:44:02 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517199842 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 27 2022 20:40:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517577875 | | Email/Text: bkenotice@rushmorelm.com | Oct 27 2022 20:39:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517577876 | + | Email/Text: bkenotice@rushmorelm.com | Oct 27 2022 20:39:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services 92619-2708 |
| 517058575 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2022 20:43:35 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517058586 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2022 20:39:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517216156 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2022 20:44:40 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517058587 | + | Email/Text: bk@lendingclub.com | Oct 27 2022 20:40:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517216080 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2022 20:43:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517058588 | | Email/Text: paula.tilley@nrsagency.com | Oct 27 2022 20:39:00 | Natiowide Recovery Service, Po Box 8005, Cleveland, TN 37320 |
| 517259638 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 27 2022 20:39:00 | Ocwen Loan Servicing, LLC, ATTN: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 517180948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2022 20:44:38 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517248611 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2022 20:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517059254 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517058593 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:46 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517058594 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:44:18 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 517058595 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:46 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517058596 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 27 2022 20:43:50 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517260166 | + | Email/Text: bncmail@w-legal.com | Oct 27 2022 20:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517058597 | + | Email/Text: bncmail@w-legal.com | Oct 27 2022 20:40:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 519321082 | + | Email/Text: BK@servicingdivision.com | Oct 27 2022 20:39:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519321083 | + | Email/Text: BK@servicingdivision.com | Oct 27 2022 20:39:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450, The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 517058598 | + | Email/Text: bncmail@w-legal.com | Oct 27 2022 20:40:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517058599 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2022 20:44:36 | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 517117634 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2022 20:43:56 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517058569 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 517058572 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517058573 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517058579 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517058582 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517058576 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517213736 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 519677980 | *+ | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 517058591 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Oct 27, 2022 | Form ID: plncf13 | Total Noticed: 50

Date: Oct 29, 2022           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Amani Sahar Abdellah
on behalf of Creditor Hidden Creek Estates Community Association  Inc. aabdellah@hillwallack.com

Brad J. Sadek
on behalf of Joint Debtor Jessica L. Marcellus bradsadek@gmail.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Brad J. Sadek
on behalf of Debtor John T. Marcellus  Jr. bradsadek@gmail.com,
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Brian E Caine
on behalf of Creditor First Guaranty Mortgage Corporation bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

Denise E. Carlon
on behalf of Creditor First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart
on behalf of Creditor The Money Source  Inc. bk@stewartlegalgroup.com

Harold N. Kaplan
on behalf of Creditor HSBC Bank USA  N.A. hkaplan@rasnj.com, kimwilson@raslg.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin M. Buttery
on behalf of Creditor HSBC Bank USA  N.A. kbuttery@moodklaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12